Larry JACKSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD35320.

Missouri Court of Appeals, Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied May 29, 1985.

James W. Fletcher, Public Defender, Kansas City, Sean D. O'Brien, Asst. Public Defender, Anthony Bush, Certified Law Intern, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

**ORDER**

PER CURIAM.

Appeal from denial of Rule 27.26 motion to vacate conviction for first degree murder and sentence of life imprisonment.

Judgment affirmed. Rule 84.16(b).